ACCEPTED
03-14-00375-CV
4360225
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/3/2015 10:12:20 PM
JEFFREY D. KYLE
CLERK

No. 03-14-00375-CV

# In the
# Third Court of Appeals
# Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/3/2015 10:12:20 PM
JEFFREY D. KYLE
Clerk

_____

AUSPRO ENTERPRISES, LP,

*Appellant*,

v.

TEXAS DEPARTMENT OF TRANSPORTATION,

*Appellee*.

_____

On Appeal from the 345th Judicial District Court of
Travis County, Texas

_____

## APPELLANT'S MOTION FOR STAY AND FOR SUPPLEMENTAL BRIEFING IN LIGHT OF IMPENDING SUPREME COURT DECISION IN *REED V. TOWN OF GILBERT*

_____

Meredith B. Parenti
State Bar No. 00797202
PARENTI LAW PLLC
7500 San Felipe, Suite 600
Houston, Texas 77063
[Tel] (281) 224-5848
[Fax] (281) 605-5677
meredith@parentilaw.com
*Counsel for Appellant*
*AusPro Enterprises, LP*

## IDENTITIES OF PARTIES AND COUNSEL

The following is a complete list of the parties, attorneys, and any other person who has any interest in the outcome of this appeal.

**Defandant/Appellant:**

AusPro Enterprises, LP

**Counsel for Defendant/Appellant:**

Meredith B. Parenti
State Bar No. 00797202
PARENTI LAW PLLC
7500 San Felipe, Suite 600
Houston, Texas 77063
[Tel] (281) 224-5848
[Fax] (281) 605-5677
meredith@parentilaw.com

**Plaintiff/Appellee:**

Texas Department of Transportation

**Counsel for Plaintiff/Appellee:**

Douglas Geyser
Assistant Solicitor General
Matthew Bohuslav
Assistant Attorney General, Transportation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
[Tel] (512) 936-2540
[Fax] (512) 472-3855
douglas.geyser@texasattorneygeneral.gov
matthew.bohuslav@texasattorneygeneral.gov

TO THE HONORABLE THIRD COURT OF APPEALS:

Appellant AusPro Enterprises, LP files this motion for a stay of this appeal pending the decision by the Supreme Court of the United States in *Reed v. Town of Gilbert*, No. 13-502. Appellant also moves for supplemental briefing under TEX. R. APP. P. 38.7 to address the forthcoming decision in *Reed*, which could very well be dispositive to this appeal.

On January 12, 2015, after Appellant filed its opening brief, the Supreme Court heard oral argument in *Reed*, a First Amendment challenge to an Arizona sign ordinance involving durational and other limitations on political, ideological, and other types of signs based on the subject matter of the signs. The question presented in *Reed* is:

> Does Gilbert's mere assertion of a lack of discriminatory motive render its facially content-based sign code content neutral and justify the code's differential treatment of Petitioners' religious signs?

Brief for Petitioners, *Reed v. Town of Gilbert*, No. 13-502 (Sept. 15, 2014).

The Supreme Court's determination of this issue could resolve many, or even possibly all, of the issues raised in this appeal, which involves a First Amendment challenge to the durational and other limitations on election-related signs along state highways and interstates under the Texas Highway Beautification Act and its implementing regulations.

In order to preserve scarce judicial and party resources, and to permit the parties and the Court to consider and address the impact of a decision in *Reed* on this case, Appellant respectfully requests a stay of this appeal until the Supreme Court issues a decision in *Reed*. If this motion is granted, Appellant would promptly notify this Court and opposing counsel of the decision in *Reed* once issued. Appellant also requests the following supplemental briefing schedule under TEX. R. APP. P. 38.7 to permit the parties to address the implications of *Reed*:

- Appellant will file a supplemental brief of 10,000 words or less within 30 days of the issuance of the Supreme Court's decision in *Reed.*

- Appellee will file a supplemental brief of 10,000 words or less within 30 days of service of Appellant's supplemental brief.

- Appellant may file a reply of 7,500 words or less within 20 days of service of Appellee's brief.

A stay and a supplemental briefing schedule will serve the interests of justice by permitting this Court to be fully apprised of the latest guidance from the Supreme Court of the United States on the regulation of signs under the First Amendment. Absent a stay and supplemental briefing, this Court could reach a premature decision in this case relying on reasoning that could prove to be obsolete under *Reed*. Rather than engage in an academic exercise

while *Reed* is pending, a stay would permit the parties and the Court to fully consider the impact of *Reed* and apply its reasoning to the issues in this case.

**PRAYER**

For the above reasons, Appellant respectfully requests a stay of this appeal and for a supplemental briefing schedule as outlined above.

Respectfully submitted,

*/s/ Meredith B. Parenti*
Meredith B. Parenti
PARENTI LAW PLLC
7500 San Felipe, Suite 600
Houston, TX 77063
[Tel] (281) 224-5848
[Fax] (281) 605-5677
meredith@parentilaw.com
**Counsel for Appellant**
**AusPro Enterprises, LP**

## CERTIFICATE OF CONFERENCE

I certify that on February 27, 2015, I conferred with counsel for Appellee, who represented that Appellee opposes this motion.

*/s/ Meredith B. Parenti*
Meredith B. Parenti

## CERTIFICATE OF SERVICE

I certify that on March 3, 2015, I served by a copy of this Motion on the following party via email and through the Court's electronic filing system:

Douglas Geyser
Assistant Solicitor General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
*Counsel for Appellee Texas Department of Transportation*

*/s/ Meredith B. Parenti*
Meredith B. Parenti